■ In the Matter of ROCHESTER FIRE FIGHTERS ASSOCIATION, LOCAL 1071, IAFF, Petitioner, v PUBLIC EMPLOYMENT RELATIONS BOARD OF THE STATE OF NEW YORK, Respondent.—Determination unanimously confirmed without costs and petition dismissed. Memorandum: There is substantial evidence in the record to support respondent's conclusion that Richard P. Mattice was not bypassed for promotion to Fire Captain because of his protected union activities *(see,* Civil Service Law § 209-a [1] [c]; *Matter of Levitt v Board of Collective Bargaining,* 79 NY2d 120). (Article 78 Proceeding Transferred by Order of Supreme Court, Monroe County, Boehm, J.) Present —Callahan, J. P., Green, Balio, Lawton and Fallon, JJ.